JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
JENNIFER J. JOHNSON (CSB No. 252897)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiff
ALEXANDER & SONG LLC, D.B.A. PARK LIFE.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER & SONG LLC, D.B.A. PARK LIFE,<br><br>Plaintiff,<br><br>v.<br><br>JEFF KOONS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.  4:11-cv-00308-LB<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexander & Song LLC, d.b.a. Park Life hereby dismisses all claims in this action without prejudice, with each party to bear its own fees and costs.

Dated: February 3, 2011                                  FENWICK & WEST LLP


                                                         By:    */s/ Jedediah Wakefield*
                                                              Jedediah Wakefield
                                                              Attorneys for Plaintiff

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)     - 1 -     CASE NO. 4:11-CV-00308-LB

## **PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document:

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Peter D. Vogl, Esq.
Jones Day
222 E. 41st Street
New York, New York 10017-6702
Attorneys for Defendant Jeff Koons LLC
Email: **pdvogl@jonesday.com**

☒ **BY US MAIL:** by placing the document listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document listed above to the addressee at the e-mail address listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Date: February 3, 2011              /s/ *Kim McIntyre*
                                            Kim McIntyre

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) — - 2 -   CASE NO. 4:11-CV-00308-LB